UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHNNY MIKE GOMEZ ,<br><br>　　　　Defendant. | Case No.: 15MJ2060-BGS<br><br>FINDINGS OF FACT AND ORDER OF DETENTION PENDING TRIAL |

　　In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section 3142(f), a detention hearing was scheduled and held on October 1, 2015, to determine whether Defendant JOHNNY MIKE GOMEZ ("the Defendant") should be held in custody pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Michael G. Wheat appeared on behalf of the United States; Attorney Kasha K. Castillo Edwards appeared on behalf of the Defendant.

At the hearing, Defendant knowingly and voluntarily waived his right, on the record through counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that Defendant be detained pending trial, and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

## **O R D E R**

IT IS HEREBY ORDERED that the Defendant be detained pending trial, and if convicted, sentencing in these matters

IT IS FURTHER ORDERED that Defendant be committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and counsel for the United states.

This order is made without prejudice to modification by
this Court and without prejudice to the Defendant's
exercise of his right to bail and a detention hearing at a
future date.

IT IS SO ORDERED.

DATED: October 1, 2015.


                              _____
                              BERNARD G. SKOMAL
                              United States Magistrate Judge

Prepared by:

LAURA E. DUFFY
United States Attorney

*Michael G. Wheat*

MICHAEL G. WHEAT
Assistant U.S. Attorney